ACCEPTED
03-14-00653-CR
4401298
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 1:28:45 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00653-CR

In the
Court of Appeals
Third District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/6/2015 1:28:45 PM

JEFFREY D. KYLE
Clerk

**The State of Texas,**
Appellant

v.

**Michael Christopher Yanez,**
Appellee

Appeal from the 147th Judicial District Court
Travis County, Texas
Cause Number D-1-DC-13-201573

## State's Motion to Dismiss Appeal

To the Honorable Third Court of Appeals:

Now comes the State of Texas and files this motion requesting that the Court dismiss this appeal.

The State initiated this appeal of a trial court order that suppressed evidence. Recently, the prosecutor and the defendant reached a plea agreement. Therefore, the State asks this court to dismiss the appeal, pursuant to Tex. R. App. Proc. 42.2(a).

1

The State also respectfully asks this court to expedite issuance of the mandate, based on the agreement of both parties, per Tex. R. App. Proc. 18.1(c).

## Prayer

The State respectfully asks this Court to dismiss this appeal.

Respectfully submitted,

**Rosemary Lehmberg**
District Attorney
Travis County

**Angie Creasy**
Assistant District Attorney
State Bar No. 24043613
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax (512) 854-4810
Angie.Creasy@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## Certifications

I hereby certify that this motion contains 103 words. I further certify that, on the 6th day of March, 2015, a true and correct copy of the foregoing was served, by U.S. mail, electronic mail, facsimile, or through the electronic filing manager, on the appellant's attorney, Richard T. Jones, Attorney at Law, 1302 West Avenue, Austin, Texas 78701.

**Angie Creasy**